UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBTORS' CHANGE OF ADDRESS

CASE NAME:   Sonya A. Bryan

CASE NUMBER: 19-70114-WLH

CASE CHAPTER: 7

**5780 East Ridge Drive**
**Douglasville, GA 30135**

This change of address was furnished by:

/s/ Ira D. Gingold
Ga. Bar No. 295400

Gingold & Gingold LLC
1718 Peachtree Street, N.W.
Suite 385
Atlanta, GA 30309
404-685-8800
*notices@gingoldbankruptcylaw.com*

Date: January 6, 2020